NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMART MODULAR TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**NETLIST, INC.,**
*Appellee*

---

2016-2666, 2016-2667

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01372, IPR2014-01374.

---

## JUDGMENT

---

MICHAEL FRANCIS HEAFEY, Troutman Sanders LLP, San Francisco, CA, argued for appellant. Also represented by ANUP M. SHAH, Charlotte, NC.

THOMAS J. WIMBISCUS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellee. Also represented by WAYNE BRADLEY, SCOTT P. MCBRIDE, GREGORY SCHODDE, RONALD SPUHLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 14, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |